UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN DEE PAYNE, | 1:04-cv-06636-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9) |
| vs. | **ORDER DISMISSING ACTION** |
| PAUL M. SCHULTZ, et al., | |
| Defendants. | |

Plaintiff Thurman Dee Payne ("plaintiff") is a prisoner in federal custody proceeding pro se and in forma pauperis in a civil rights action apparently pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed May 16, 2005,
8  is ADOPTED IN FULL; and,
9  2.  This action is DISMISSED, without prejudice, for
10 plaintiff's failure to obey the court's order of March 22, 2005,
11 and for failure to state a claim upon which relief may be
12 granted.
13 IT IS SO ORDERED.
14 **Dated:  June 28, 2005**            /s/ Robert E. Coyle
   668554                          UNITED STATES DISTRICT JUDGE